**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RICHARD COX**                                                              **PETITIONER**
ADC #115950

v.                   **CASE NO. 5:17-CV-00126 BSM**

**WENDY KELLEY, Director,**
Arkansas Department of Correction                                 **RESPONDENT**

**ORDER**

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 2] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, petitioner Richard Cox's petition [Doc. No. 1] is dismissed without prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 30th day of May 2017.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE